```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION


Barry Bortoli,                   :

        Plaintiff,               :

    v.                           :    Case No. 2:03-cv-0811

Anthony Fultz,                   :    JUDGE MARBLEY

        Defendant.               :
```

ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on March 1, 2006. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The motion of Defendant Officer Fultz for summary judgment (#42) is DENIED.

                                           s/Algenon L. Marbley
                                           Algenon L. Marbley
                                           United States District Judge